

RECEIVED
MAY 1 2 2017
Clerk of Court
U.S. District Court, ND-OH

May 12, 2017

Anthony J. Horn, Sr.
401 East Erie St
Lorain, Ohio 44052
(440)258-6744

1:17cr176
J. Adams

Re: The case of Ryan Tennebar
Case No: 1:17mj4062 (JDG)

Magistrate Jonathan D. Greenberg,

On April 20, 2017 I paid a cash bond in the amount of $50,000.00, now that the defendant has been remanded back into custody I would like the $50,000.00 cash that I paid to the US District Court for Ryan Tennebar's release remitted back to me.

Sincerely,

Anthony Horn Sr.

Anthony J. Horn, Sr.